GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorney for Defendants*

By: Nicole E. Adams
    Deputy Attorney General
    (609) 376-2998
    nicole.adams@law.njoag.gov

    Victor DiFrancesco
    Deputy Attorney General
    (609) 376-2964
    Victor.DiFrancesco@law.njoag.gov

| | |
|---|---|
| JACK LEVINE,<br><br>                    Plaintiff,<br>v.<br><br>NEW JERSEY STATE POLICE, TROOPER JOSEPH DREW, TROOPER ANDREW WHITMORE, AND JOHN DOES;<br><br>Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Docket No. 18-12045<br><br>Civil Action<br><br>CONSENT ORDER |

This matter having been brought before the Court by agreement of Gurbir S. Grewal, Attorney General of New Jersey, by Nicole E. Adams, Deputy Attorney General, and Victor DiFrancesco, Deputy Attorney General, counsel for New Jersey State Police, Trooper Joseph Drew and Trooper Andrew Whitmore, ("Defendants"); and Arthur Lang, Esquire, attorney for Plaintiff; and it appearing by the signatures affixed below that the parties agree; and for good cause shown;

IT IS on this 17th day of September 2018;

ORDERED that Plaintiff has agreed to withdraw and dismiss without prejudice all federal claims, and Defendants consent to remand the case to state court.

*[signature]*
The Honorable Renée Marie Bumb, U.S.D.J

We hereby consent to the form, content, and entry of this Order.

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By: Nicole E. Adams
    Deputy Attorney General
    Attorney for Defendants

By: Victor DiFrancesco
    Deputy Attorney General
    Attorney for Defendants

DATED: 9/14/18

Arthur Lang, Esquire
Attorney for the Plaintiff

DATED: September 12, 2018